# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

DIRECT, TV

v.

BERNARD THOMAS

**CASE NUMBER:** 3:03CV924 (AVC)

United States District Court
District of Connecticut
FILED AT HARTFORD
10/14/03
Kevin F. Rowe, Clerk
By BPD
Deputy Clerk

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

---

October 14, 2003
Date

Pro Se
Connecticut Federal Bar Number

(860) 982-6690
Telephone Number

_____
Fax Number

_____
E-mail address

Bernard Thomas (EPB)
Signature

Bernard Thomas
Print Clearly or Type Name

29 Sunset Terrace
Address

South Windsor, CT 06074

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

Bernard Thomas (EPB)
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24