UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Scheduling Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

January 22, 2004

2:00 p.m.

CASE NO. **3:03CV924 (AVC) DirecTV, Inc. V. Bernard Thomas**

John M. McLaughlin
McLaughlin Sacks
31 Trumbull Rd.
Northampton, MA 01060


Bernard Thomas
29 Sunset Terrace
South Windsor, CT 06074


                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK


PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218