UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIRECTV, Inc.,
  Plaintiff,

v.                                  Civil No. 3:03CV0924(AVC)

BERNARD THOMAS,
  Defendant.

## SCHEDULING ORDER

(1) The plaintiff and defendant shall have to and including June 6, 2004, to file motions to join additional parties;

(2) <u>all</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by May 6, 2004;

(3) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before April 6, 2004, and depositions of any such experts shall be completed by May 6, 2004;

(4) the defendant and counterclaim-defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before April 6, 2004, and depositions of any such experts shall be completed by May 6, 2004;

(5) the parties shall exchange a damage analysis, if necessary, on or before February 6, 2004;

(6) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before June 6, 2004;

(7) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 6, 2004 and

(8) the case shall be ready for trial by August 6, 2004.

    It is so ordered this 22nd day of January, 2004, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge