UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Hartford)

FILED
2004 JUN 23 A 11: 11
US DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| **DIRECTV, INC.** | ) | Case No.: **3:03CV0924 AVC** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF JOHN M.** |
| | ) | **McLAUGHLIN IN SUPPORT OF** |
| **Bernard Thomas** | ) | **PLAINTIFF'S MOTION IN LIMINE** |
| | ) | |
| Defendant | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On April 12, 2004, I noticed the deposition of the Defendant to be held in Hartford Connecticut on March 25, 2004 at 10:00 a.m.;

2. On the morning of March 25, 2004 I drove directly to Hartford from my home in Northampton, Massachusetts in order to be on time for the deposition;

3. Only after arriving in Hartford was I informed by my office that there was a voicemail from after business hours on the prior day wherein the Defendant stated he would not be attending the deposition;

4. On April 16, 2004 and again on April 19, 2004 my office made and served upon the Defendant Request for Admissions (see exhibit A to motion), Request for Production and interrogatories;

5. Plaintiff's requests for admissions specifically contained the following warnings/statements:

> " Pursuant to Court order and the Federal Rules of Civil Procedure, each Request for Admission is to be answered fully and separately, in writing and under oath, within thirty (30) days from the date of service."

and

> "Please note that under Rule 36, any Request for Admission which is not the subject of a timely written response or objection signed by the party or the party's attorney shall be deemed admitted for purposes of the pending action"

6. On April 22, 2004 I attended a mediation session with the Defendant in an attempt to negotiate a settlement to this matter. When that mediation failed, I specifically reminded/warned the Defendant that he must respond to Discovery.

7. To date, the Defendant has made no response whatsoever to any of the Discovery served upon him and, as referenced above, he failed to show up to a properly noticed deposition.

Subscribed and sworn to, under the pains and penalties of perjury, this 18 day of July, 2004.

John M. McLaughlin (CT16988)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865