UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Hartford)

| | |
|---|---|
| **DIRECTV, INC.** ) | Case No.: **3:03CV0924 AVC** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO POSTPONE DEADLINE** |
| ) | **FOR TRIAL BRIEF** |
| **Bernard Thomas** ) | |
| ) | |
| Defendant ) | |
| ) | |

The Plaintiff, by its attorney, hereby moves for a postponement of the Trial Brief deadline now scheduled for August 6, 2004 to:

    a. A reasonable time after a ruling on Plaintiff's Motion in Limine, giving the parties time to address the court's ruling in the Trial Brief. **Or**, in the alternative

    b. Postpone the Trial Brief indefinitely should this court should act favorably on the pending Motion in Limine and allow the Plaintiff to file for Summary Judgment. If the court should choose this second option for Plaintiff would move for minimum statutory damages per device or less (along with costs, attorney's fees and injunctive relief), thus allowing for liability and damages to be determined in one motion.

Specifically, the Plaintiff contends the grounds for this motion are that:

    1. On June 26, 2004 Plaintiff filed a Motion in Limine in this action based upon the Defendant's failure to respond to Requests For Admissions in a timely manner.

2. If this court grants the pending Motion in Limine all pertinent factual matters relating to this action will be determined in the Plaintiff's favor and there would be no need for a full trial on the merits.

3. If this court grants the pending Motion in Limine this civil action could be adjudicated in an abbreviated hearing with legal argument as to the determined facts or through a Motion For Summary Judgment.

4. Judicial economy would be best served by postponing the Trial Brief until there has been a decision on the pending Motion in Limine.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

_____
John M. McLaughlin (CT16988)
**Mailing Address for
Requested Service of All Papers**
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

**Local Address Pursuant to D. Conn. L. Civ. R. 2(c):**
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT  06732-2518

_____
Date

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 21st day of July 2004, a copy of the foregoing was sent via first class mail to:

Bernard Thomas
29 Sunset Terrace
South Windsor, CT  06074

_____
John M. McLaughlin, Esq.