

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Hartford)

| | |
|---|---|
| **DIRECTV, INC.** | ) Case No.: **3:03CV0924 AVC** |
| Plaintiff, | ) |
| vs. | ) **MOTION TO POSTPONE DEADLINE** |
| **Bernard Thomas** | ) **FOR TRIAL BRIEF** |
| Defendant | ) |

The Plaintiff, by its attorney, hereby moves for a postponement of the Trial Brief deadline now scheduled for August 6, 2004 to:

a. A reasonable time after a ruling on Plaintiff's Motion in Limine, giving the parties time to address the court's ruling in the Trial Brief. **Or**, in the alternative

b. Postpone the Trial Brief indefinitely should this court should act favorably on the pending Motion in Limine and allow the Plaintiff to file for Summary Judgment. If the court should choose this second option for Plaintiff would move for minimum statutory damages per device or less (along with costs, attorney's fees and injunctive relief), thus allowing for liability and damages to be determined in one motion.

Specifically, the Plaintiff contends the grounds for this motion are that:

3:03CV0924(AVC). July 27, 2004. The plaintiff's motion for an extension of time (document no. 19) is GRANTED as follows: The parties shall have to and including November 8, 2003 to file their joint trial memorandum.
SO ORDERED.

Alfred V. Covello, U.S.D.J.