UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIRECTV, Inc.,
  Plaintiff,

vs.                                   Civil No: 3:003CV0924(AVC)

Bernard Thomas,
  Defendant.

### ORDER TO PRO SE DEFENDANT

    This is an action for damages that arises out of the pro se defendant's, Bernard Thomas' alleged use and distribution of various devices intended for the unauthorized interception of the plaintiff's, DirectTV, Inc.'s, telecommunications signals. It is brought pursuant to 47 U.S.C. § 605 and 18 U.S.C. § 2520.

    On June 23, 2004 DirecTV filed a motion in limine. By way of its motion in limine, DirecTV contends that Thomas failed to respond to DirecTV's request to admit and therefore that the matters set forth in the DirecTV's request to admit are admitted pursuant to Fed. R. Civ. P. 36(a). The defendant has not responded to DirecTV's motion.

    The court therefore orders that the defendant shall have to and including August 13, 2004 to respond to DirecTV's motion. Failure to respond may result in the granting of DirecTV's motion. See Connecticut Local Rule of Civil Procedure 7(a) ("[f]ailure to submit a memorandum in opposition to a motion may be deemed sufficient cause to grant the motion").

    It is so ordered this 31st day of July, 2004 at Hartford, Connecticut.

                                           Alfred W. Covello
                                           United States District Judge