UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| **DIRECTTV, Inc.** | ) | 2004 AUG 11  P 2: 47 |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | NO. 3:03CV0924-AVC |
| | ) | HARTFORD, CT. |
| vs. | ) | |
| | ) | |
| **BERNARD THOMAS** | ) | |
| | ) | |
| Defendant | ) | August 11, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE

The Defendant, Bernard Thomas, hereby respectfully moves that this Court extend the time for his response to Plaintiff's Motion in Limine dated June 18, 2004. The Defendant's response was originally due on August 13, 2004 and he requires additional time inasmuch as he had filed compliance with Plaintiff's Request for Admissions dated April 16, 2004 and had delivered same to the office of the Honorable Alfred Covello rather than the Clerk's office due to his unfamiliarity, as a Pro Se Defendant, with Court procedure. Upon location of the responses, Defendant will then be in a position to respond to Plaintiff's Motion in Limine. Therefore, the Defendant respectfully requests that this Court extend the time for him to respond to Plaintiff's Motion in Limine.

THE DEFENDANT,
BERNARD THOMAS

*/s/ Bernard Thomas*

**ORAL ARGUMENT IS REQUESTED**

## ORDER

The foregoing Motion having been presented to the Court, it is hereby ordered that the time for Defendant's response to Plaintiff's Motion in Limine be extended to: _____.

                                      **THE COURT**

                                      _____
                                      **Judge/Clerk/Asst. Clerk**

## CERTIFICATION

I hereby certify that I have mailed a copy of the foregoing this date postage prepaid to all Counsel and Pro Se Parties of Record and specifically to:

John M. McLaughlin, Esq.
McLaughlin Sacks, LLC
31 Trumbull Street
Northampton, MA 01060
Local Address Pursuant to D. Conn. L.
Civ. R. 2(c)
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

                                      **THE DEFENDANT,
BERNARD THOMAS, PRO SE,**

*/s/ Bernard Thomas*