

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 11  P 2: 47
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| **DIRECTTV, Inc.** | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | NO. 3:03CV00924(AVC) |
| | ) | |
| vs. | ) | |
| | ) | |
| **BERNARD THOMAS** | ) | |
| | ) | |
| Defendant | ) | August 11, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE

      The Defendant, Bernard Thomas, hereby respectfully moves that this Court extend the time for his response to Plaintiff's Motion in Limine dated June 18, 2004. The Defendant's response was originally due on August 13, 2004 and he requires additional time inasmuch as he had filed compliance with Plaintiff's Request for Admissions dated April 16, 2004 and had delivered same to the office of the Honorable Alfred Covello rather than the Clerk's office due to his unfamiliarity, as a Pro Se Defendant, with Court procedure. Upon location of the responses, Defendant will then be in a position to respond to Plaintiff's Motion in Limine. Therefore, the Defendant respectfully requests that this Court extend the time for him to respond to Plaintiff's Motion in Limine.

FILED
2004 AUG 13  P 3: 09
U.S. DISTRICT COURT
HARTFORD, CT.

THE DEFENDANT,
BERNARD THOMAS

*/s/ Bernard Thomas*

```
3:03CV924(AVC).  August 12, 2004.  The defendant's motion for an
extension of time (document no. 23) is GRANTED.  The defendant shall
have to and including August 30, 2004 to respond to the plaintiff's
motion in limine.
SO ORDERED.
                         Alfred V. Covello, U.S.D.J.
```