UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Hartford)

| | |
|---|---|
| **DIRECTV, INC.** | ) Case No.: **3:03CV0924 AVC** |
| Plaintiff, | ) |
| vs. | ) **MOTION TO POSTPONE DEADLINE** |
| | ) **FOR TRIAL BRIEF** |
| **Bernard Thomas** | ) |
| Defendant | ) |

The Plaintiff, by its attorney, hereby moves for an order amending the Scheduling Order presently in this case such that the new order would now call for:

    a. Discovery due by December 19, 2004;

    b. Joinder of Parties due by December 19, 2004;

    c. Trial Ready Date, December 30, 2004;

    d. Trial Brief due by February 28, 2005; and

    e. Dispositive Motions due by January 15, 2005;

The Plaintiff, by its attorney, also hereby moves for an order requiring the Defendant:

    a. To respond to the outstanding interrogatories served upon the Defendant on or about April 16, 2004;

    b. To respond to the outstanding request for production also served upon the Defendant on or about April 16, 2004;

---

Oral argument requested. Plaintiff's Counsel has made telephone calls to Pro Se Defendant, but has not received a return telephone call. Accordingly, Plaintiff's Counsel cannot ascertain Pro Se Defendant's position.

     c. To appear at a deposition to be re-noticed upon the allowance of this motion. This deposition was originally timely noticed on or about March 1, 2004, calling for a deposition on March 25, 2004 but Defendant failed to appear.

The Plaintiff contends the grounds for this motion are that:

1. In light of this Court's recent ruling on the Plaintiff's Motion in Limine, the Plaintiff will now need more time to complete its discovery. The Plaintiff justifiably relied on the Defendant's failure to respond to the Request for Admissions and, more importantly, the Defendant has still not responded to the Plaintiff's timely filed Request for Production, Interrogatories and the Defendant did not appear at a properly noticed deposition.

2. The Plaintiff also needs to clarify his responses to Plaintiff's Requests for Admissions. The Plaintiff has now received two responses for its Requests for Admissions (both untimely by the rules). The responses differ significantly from each other, both as to substance and form. Also, the Plaintiff is entitled to depose the Defendant now that it has finally received some response to its Request for Admissions.

3. The Plaintiff has made one request for an extension of time, only as to the trial brief. Plaintiff asserts that all of the problems with moving forward are caused by Defendant's failure to timely abide by discovery deadlines.

10/22/04
Date

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

John M. McLaughlin (CT16988)
**Mailing Address for
Requested Service of All Papers**
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-0865

**Local Address Pursuant to D. Conn. L.
Civ. R. 2(c):**
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 22nd day of October 2004, a copy of the Motion to Amend, Memorandum and Affidavit in Support were sent via first class mail to:

Bernard Thomas
29 Sunset Terrace
South Windsor, CT  06074

John M. McLaughlin, Esq.