UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Hartford)

| | |
|---|---|
| **DIRECTV, INC.** ) | Case No.: **3:03CV0924 AVC** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM IN SUPPORT OF** |
| ) | **PLAINTIFF'S MOTION TO AMEND** |
| **Bernard Thomas** ) | **SCHEDULING ORDER** |
| ) | |
| Defendant ) | |
| ) | |

    This Court has the power to modify an existing scheduling order. D.Conn.L.Civ.R. 7(b)2 provides that where:

1. A party makes a motion for extension of time; and

2. There is good cause for said extension; and

3. The limitation in question cannot reasonably be met in spite of the diligence of the party seeking the extension.

The Court may make modification to the Scheduling Order.

    In this matter, the Plaintiff has diligently pursued both paper discovery and an attempted deposition with reference to the Defendant. The Defendant has woefully failed to abide by all time frames for discovery. The Defendant also did not appear at a properly noticed deposition.

    The Plaintiff has also diligently pursued the Defendant's failure to timely respond to the request for admissions by filing a Motion in Limine. Had the Plaintiff's Motion in Limine been allowed, it would have been dispositive to all other issues. Therefore, the Plaintiff justifiably awaited the result of the potentially dispositive motion on the

admissions, before pursuing the Defendant's failure to abide by other discovery matters. Now that the motion was not allowed, the Plaintiff justifiably needs more time to try to get the Defendant to properly respond to all of it's timely served and noticed discovery.

The Plaintiff has diligently pursued this case but in spite of its diligence, it needs the requested time simply in order to compel the Defendant to abide by discovery rules. Accordingly, the Plaintiff contends that there is good cause for its motion to extend time and the Plaintiff cannot reasonably proceed without the extension despite it's own due diligence.

10/22/04
Date

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

John M. McLaughlin (CT16988)
**Mailing Address for
Requested Service of All Papers**
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-0865

**Local Address Pursuant to D. Conn. L. Civ. R. 2(c):**
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518