UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Hartford)

| | |
|---|---|
| **DIRECTV, INC.** ) | Case No.: **3:03CV0924 AVC** |
| ) | |
| Plaintiff, ) | |
| ) | **AFFIDAVIT OF JOHN M.** |
| vs. ) | **McLAUGHLIN IN SUPPORT OF** |
| ) | **PLAINTIFF'S MOTION AMEND** |
| **Bernard Thomas** ) | **SCHEDULING ORDER** |
| ) | |
| Defendant ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On April 12, 2004, I noticed the deposition of the Defendant to be held in Hartford, Connecticut on March 25, 2004 at 10:00 a.m.;

2. On the morning of March 25, 2004, I drove directly to Hartford from my home in Northampton, Massachusetts in order to be on time for the deposition;

3. Only after arriving in Hartford was I informed by my office that there was a voicemail from after business hours on the prior day wherein the Defendant stated he would not be attending the deposition;

4. On April 16, 2004 and again on April 19, 2004 (via electronic mail) my office made and served upon the Defendant Request for Production and interrogatories;

5. To date we have had no response from the Defendant;

6. I have called the Defendant prior to bringing this pending motion, but I have not received a return telephone call.

Subscribed and sworn to, under the pains and penalties of perjury, this 22nd day of October, 2004.

_____
John M. McLaughlin (CT16988)
Green, Miles, Lipton & Fitz-Gibbon
31 Trumbull Road
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-0865