UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 29 P 3: 25

DIRECTV, Inc.,
  Plaintiff,

vs.

Bernard Thomas,
  Defendant.

Civil No: 3:03CV0924 (AVC)

ORDER

The plaintiff's motion to amend the scheduling order (document no. 27) is granted as set forth in the amended scheduling order issued this day.

The plaintiff's motion to compel discovery (document no. 27) is granted. The defendants shall have up to and including fifteen days from the date of this order to: 1) respond to the interrogatories that the plaintiff served on the defendant on April 16, 2004, and 2) respond to the request for production that the plaintiff served on the defendant on April 16, 2004.

It is so ordered this 28th day of October, 2004, at Hartford, Connecticut.

                                     Alfred V. Covello
                                     United States District Judge