UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIRECTV, Inc.,
  Plaintiff,

vs.

Bernard Thomas,
  Defendant.

Civil No: 3:03CV0924 (AVC)

FILED 2004 OCT 29 P 3:26

## AMENDED SCHEDULING ORDER

(1) The parties shall complete <u>all</u> discovery, including depositions of <u>all</u> witnesses, by December 17, 2004.

(2) The parties shall complete joinder of all parties by December 17, 2004.

(3) The parties shall file all motions, except motions <u>in limine</u> incident to trial, on or before January 14, 2005.

(4) The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on February 28, 2005.

(5) The case shall be ready for trial by March 28, 2004.

It is so ordered this 29th day of October, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge