# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DirecTV, Inc
v
Bernard Thomas

**APPEARANCE**

CASE NUMBER: 3:03CV0924 AVC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The defendant, Bernard Thomas

[FILED stamp: 2004 DEC -1 A 11:16 U.S. DISTRICT COURT HARTFORD, CT]

---

12/1/4
**Date**

CT 01518
**Connecticut Federal Bar Number**

(860) 296-3247
**Telephone Number**

(860) 296-9131
**Fax Number**

Jselderesq@AOL.com
**E-mail address**

*(signature)* Joseph Elder
**Signature**

JOSEPH S. ELDER
**Print Clearly or Type Name**

661 Wethersfield Ave
**Address**

Hartford CT 06114

---

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was ~~mailed~~ hand delivered on this date to the following:

12/1/04

John M. McLaughlin, Esq.
c/o Green, Miles, Lipton, Fitzgibbon
77 Pleasant St
Northampton, MA

*(signature)* Joseph Elder
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24