UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DIRECTV INC
PLAINTIFF

    Vs.                                           :        CASE NO. 3:03 CV 924(AVC)
BERNARD THOMAS
DEFENDANT

## JUDGMENT

Counsel of record having reported to the Court on June 24, 2005, that the above-entitled case has settled, and no closing papers having been filed to date;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 25th day of July, 2005.

KEVIN F. ROWE, CLERK

By _____
    Fidelis Basile
    Deputy Clerk

EOD:_____